UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID SAGASTUME LEON,

Petitioner,

v.

KIRSTJEN M. NIELSEN, *et al.*,

Respondents.

Case No. 2:18-cv-01941-MMD-CWH

ORDER

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) and an emergency motion for stay of deportation pending disposition of his writ of habeas corpus (ECF No. 2). The Court lacks jurisdiction to stay execution of a removal order. *See* 8 U.S.C. § 1252(g). To the extent that Petitioner is seeking judicial review of the decisions that led to the issuance of the removal order, that review is in the court of appeals, if at all—not this Court. *See* 8 U.S.C. § 1252(a).

Reasonable jurists would not find the Court's conclusions to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that the emergency motion for stay of deportation pending disposition of writ of habeas corpus (ECF No. 2) is denied.

It is further ordered that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is denied. The Clerk of Court shall enter judgment accordingly and close this case.

It is further ordered that a certificate of appealability will not issue.

It is further ordered that the Clerk of Court mail a copy of this order to the United States Attorney's Office, 501 Las Vegas Blvd. South, Suite 1100, Las Vegas, NV 89101. No response is necessary.

///

DATED THIS 16th day of October 2018.

                                                    MIRANDA M. DU
                                                    UNITED STATES DISTRICT JUDGE